No. 02–7429. FRANKLIN *v.* FLORIDA ET AL., *ante,* p. 1096;

No. 02–7539. IN RE WILKINS, *ante,* p. 1087; and

No. 02–7577. EVANS *v.* KINGSVILLE INDEPENDENT SCHOOL DISTRICT, *ante,* p. 1165. Petitions for rehearing denied.

No. 00–1316. RODRIGUEZ DELGADO ET AL. *v.* SHELL OIL CO. ET AL., 532 U. S. 972;

No. 00–9978. JANNEH *v.* GRIFFEN ET AL., 534 U. S. 839; and

No. 01–1077. EVERETT *v.* UNITED STATES, 534 U. S. 1163. Motions for leave to file petitions for rehearing denied.

No. 02–646. MINNIECHESKE ET AL. *v.* SHAWANO COUNTY, WISCONSIN, *ante,* p. 1072. Motion of petitioner Donald Minniecheske for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

FEBRUARY 25, 2003

No. 02–9203 (02A713). IN RE WILLIAMS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–9165 (02A707). WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 26, 2003

No. 02–322. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES *v.* CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. [Certiorari granted *sub nom. Department of Treasury, Bureau of Alcohol, Tobacco and Firearms* v. *Chicago, ante,* p. 1018.] Judgment vacated, and case remanded to the Court of Appeals to consider what effect, if any, Div. J, Tit. 6, § 644, of the Consolidated Appropriations Resolution, 2003, Pub. L. 108–7, 117 Stat. 473, has on this case.